UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jul 16, 2009

FILED
CLERK'S OFFICE

IN RE: STAPLES, INC., WAGE & HOUR
EMPLOYMENT PRACTICES LITIGATION
    Christopher Plath v. Staples, Inc.,
        N.D. Illinois, C.A. No. 1:09-2898
    Janet L. Lentz v. Staples, Inc.,
        S.D. Ohio, C.A. No. 3:09-192

MDL No. 2025

## CONDITIONAL TRANSFER ORDER (CTO-2)

On April 14, 2009, the Panel transferred five civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 609 F.Supp.2d 1377 (J.P.M.L. 2009). Since that time, one additional action has been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Katharine S. Hayden.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hayden.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 14, 2009, and, with the consent of that court, assigned to the Honorable Katharine S. Hayden.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel